IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COLLEGESOURCE, INC. : CIVIL ACTION
:
v. :
:
ACADEMYONE, INC., et al. : NO. 10-3542

## ORDER

AND NOW, this 22nd day of April, 2011, upon consideration of the plaintiff's Motion for Preliminary Injunction (Docket No. 41), the opposition, and reply thereto, and following an evidentiary hearing on January 24, 2011, and oral argument held on January 26, 2011, and for the reasons stated in a memorandum of today's date, IT IS HEREBY ORDERED that the plaintiff's motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.