```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COLLEGESOURCE, INC.            :     CIVIL ACTION
                               :
         v.                    :
                               :
ACADEMYONE, INC., et al.       :     NO. 10-3542
```

ORDER

AND NOW, this 28th day of October, 2011, upon consideration of the plaintiff's Motion to Dismiss Without Prejudice, Transfer or Stay (Docket No. 99) and accompanying declaration, the defendants' opposition thereto (Docket No. 105) and Cross-Motion to Enjoin CollegeSource (Docket No. 104), the plaintiff's reply in support of its motion and opposition to the defendants' cross-motion (Docket No. 106) and accompanying declaration, the defendants' reply in support of its cross-motion (Docket No. 111), and the plaintiff's Request for Judicial Notice of the Ninth Circuit's Awareness of This Action (Docket No. 112), and for the reasons stated in a memorandum bearing today's date, IT IS HEREBY ORDERED that the plaintiff's motion and the defendants' cross-motion are DENIED.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.