IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLLEGESOURCE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ACADEMYONE, INC. | : | NO. 10-3542 |

ORDER

AND NOW, this 25th day of October, 2012, upon consideration of the defendant's Motion for Summary Judgment (Docket No. 164), the opposition in response (Docket No. 184), and the reply thereto (Docket No. 194), and following oral argument on June 13, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED.  Judgment is hereby ENTERED in favor of AcademyOne, Inc. and against CollegeSource, Inc.  The case is closed.

BY THE COURT:

 /s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.